UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
|                                   ) | CASE NO. CR11-259-RAJ |
|      Plaintiff,                   ) | |
|                                   ) | |
|   v.                              ) | PROPOSED FINDINGS OF FACT |
|                                   ) | AND DETERMINATIONS AS TO |
| TEDDY MORRIS,                     ) | ALLEGED VIOLATIONS OF |
|                                   ) | SUPERVISED RELEASE |
|      Defendant.                   ) | |
|                                   ) | |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on September 16, 2014. The United States was represented by Roscoe Jones, and defendant was represented by Dennis Carroll. The proceedings were electronically recorded.

## CONVICTION AND SENTENCE

Defendant had been convicted on or about June 15, 2012 on charges of wire fraud. The Hon. Richard A. Jones of this court sentenced defendant to 18 months of imprisonment, followed by two years of supervised release.

/ / /

PROPOSED FINDINGS OF FACT AND
DETERMINATIONS AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

## ALLEGED VIOLATIONS AND DEFENDANT'S ADMISSIONS

In an application dated September 9, 2014, USPO Julie Jansen alleged that defendant violated the conditions of supervised release in five respects:

(1) Use of methamphetamine on or about August 31, 2014;

(2) Failing to follow the instructions of the probation officer on August 26, 2014;

(3) Failing to notify the probation officer of a change in residence, on or about September 3, 2014;

(4) Failing to participate in substance abuse treatment since September 3, 2014; and

(5) Failing to report to the probation officer on September 9, 2014.

I advised defendant as to these charges and as to his constitutional rights. He admitted the all five alleged violations numbered, waived any hearing as to whether they occurred, and consented to having the matter set for a disposition hearing before Judge Jones.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release in the five respects alleged, and conduct a disposition hearing. That hearing has been scheduled for October 3, 2014 at 11:00 a.m.

Defendant has been detained pending a final determination by the court.

DATED this 16th day of September, 2014.

                s/ John L. Weinberg
                United States Magistrate Judge

| | | | |
|---|---|---|---|
| cc: | Sentencing Judge | : | Hon. Richard A. Jones |
| | Assistant U.S. Attorney | : | Roscoe Jones |
| | Defense Attorney | : | Dennis Carroll |
| | U. S. Probation Officer | : | Julie Jansen |

PROPOSED FINDINGS OF FACT AND
DETERMINATIONS AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE -3